**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 12-CR-059(EGS) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| DARNELL ANTONIO PARKER, | : | VIOLATIONS: |
| also known as Juan Jamal Johnson, | : | (Conspiracy to Distribute and Possess |
| also known as DAP, | : | with Intent to Distribute 5 Kilograms or |
| KELVIN KEVIN HEYWARD, | : | More of Cocaine and 280 Grams or |
| also known as Kevin, | : | More of Cocaine Base) |
| also known as Fat Boy, | : | 18 U.S.C. § 924(c)(1) |
| also known as Uncle, | : | (Using, Carrying, and Possessing a |
| BRENDA BAILEY, | : | Firearm During a Drug Trafficking |
| also known as Brenda Felder, | : | Offense) |
| KEITH DONNELL BOONE, | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| KIMBERLY DELORES BOONE, | : | (Unlawful Possession with Intent to |
| RAYMOND LEON BOONE, | : | Distribute Cocaine) |
| also known as Raymond Leon Boone, Jr., | : | 21 U.S.C. § 853 |
| ANDRE LINWOOD BROWN, | : | (Criminal Forfeiture) |
| also known as Moussa Brown, | : | |
| WILLIE JAMES GRAYSON, | : | **UNDER SEAL** |
| KEVIN KELVIN HAYWARD, | : | |
| also known as Lil Kevin, | : | |
| also known as Kelvin Kevin Heyward, Jr., | : | |
| MARKEL KEVIN HEYWARD, | : | |
| LAVALE NATHANIEL HODGES, | : | |
| ANTHONY QUINN JONES, | : | |
| BERNARD WILLIAM JONES, | : | |
| ANTHONY DARRYL KIRBY, | : | |
| CHARLES KIBLER, | : | |
| RICARDO ANTHONY LEON, | : | |
| JONATHAN MCCOY LOGAN, | : | |
| also known as Whitey, | : | |
| also known as Whiteboy, | : | |
| also known as Cracker, | : | |
| ERIC HORACE MOORE, | : | |
| also known as E, | : | |

| | |
|---|---|
| **SEAN SINCLAIR OLIVER,** | : |
| also known as Country, | : |
| also known as Sean St Clair Oliver, | : |
| also known as Shawn St Clair Oliver, | : |
| **SAMUEL LEOTIS PAYNE,** | : |
| also known as Samuel Lee Payne, | : |
| **AQUILA TERRELL POWELL,** | : |
| **TIMON OTIS SANDIDGE,** | : |
| **WILLIE LaMITCHELL SMITH,** | : |
| also known as Dick, | : |
| **WILLIE BENNIETT STOKES II,** | : |
| also known as Willie Bennitt Stokes, | : |
| **JOE LOUIS THOMAS, SR.,** | : |
| **DARYL ANTJUAN WALKER,** | : |
| also known as D, and | : |
| **JAMES RALPH WALKER,** | : |
| | : |
| Defendants. | : |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

Between on or about September 2010 through on or about March 2, 2012, within the District of Columbia and elsewhere, **DARNELL ANTONIO PARKER**, also known as Juan Jamal Johnson, also known as DAP, **KELVIN KEVIN HEYWARD**, also known as Fat Boy, also known as Uncle, also known as Kevin, **BRENDA BAILEY,** also known as Brenda Felder, **KEITH DONNELL BOONE, KIMBERLY DELORES BOONE, RAYMOND LEON BOONE**, also known as Raymond Leon Boone, Jr., **ANDRE LINWOOD BROWN**, also known as Moussa Brown, **WILLIE JAMES GRAYSON, KEVIN KELVIN HAYWARD**, also known as Lil Kevin, also known as Kelvin Kevin Heyward, Jr., **MARKEL KEVIN HEYWARD, LAVALE NATHANIEL HODGES, ANTHONY QUINN JONES BERNARD WILLIAM JONES, ANTHONY DARRYL KIRBY, CHARLES KIBLER, RICARDO ANTHONY LEON, JONATHAN**DARNELL AN

**MCCOY LOGAN,** also known as Whitey, also known as Whiteboy, also known as Cracker, **ERIC HORACE MOORE**, also known as E, **SEAN SINCLAIR OLIVER**, also known as Country, also known as Sean St Clair Oliver, also known as Shawn St Clair Oliver, **SAMUEL LEOTIS PAYNE**, also known as Samuel Lee Payne, **AQUILA TERRELL POWELL, TIMON OTIS SANDIDGE, WILLIE LaMITCHELL SMITH**, also known as Dick, **WILLIE BENNIETT STOKES II**, also known as Willie Bennitt Stokes, **JOE LOUIS THOMAS, SR., DARYL ANTJUAN WALKER**, also known as D, and **JAMES RALPH WALKER,** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute mixtures and substances containing a detectable amount of cocaine and cocaine base, Schedule II narcotic drug controlled substances and the said mixtures and substances were 5 kilograms and 280 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(A)(iii) .

>  (**Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine and 280 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about June 30, 2011, within the State of Maryland, **WILLIE BENNIETT STOKES II**, also known as Willie Bennitt Stokes, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein,

firearms, that is, a Bryco 38 .380 caliber automatic handgun, a Phoenix Arms Raven .25 caliber automatic handgun, and a Hi-Point Model C 9mm handgun.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT THREE

On or about July 7, 2011, within the District of Columbia, **BRENDA BAILEY,** also known as Brenda Felder, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about October 21, 2011, within the State of Maryland, **JONATHAN MCCOY LOGAN,** also known as Whitey, also known as Whiteboy, also known as Cracker, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Kel-Tec .25 caliber semi-automatic pistol.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FIVE

On or about December 11, 2011, within the District of Columbia, **JOE LOUIS THOMAS, SR.,** and **ANDRE LINWOOD BROWN**, also known as Moussa Brown, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about February 24, 2012, within the State of Maryland, **TIMON OTIS SANDIDGE** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a .22 caliber semi-automatic pistol.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT SEVEN

On or about March 1, 2012, within the District of Columbia, **DARNELL ANTONIO PARKER**, also known as Juan Jamal Johnson, and also known as DAP, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more.

(**Unlawful Possession with Intent to Distribute 5 Kilograms or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii))

## CRIMINAL FORFEITURE ALLEGATION

1.      The offense charged in Count One of this Indictment, unlawful **Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine and 280 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846, is re-alleged and incorporated by reference hereby, as if set forth in full herein, for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the said offense, each and all of the defendants charged in Count One of this Indictment shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853: (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the conspiracy violation charged in Count One; and (2) any of the said defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the conspiracy violation charged in Count One, including but not limited to:

   A.   **Money Judgment**:

   (i) A judgment to be entered against defendants in favor of the United States for a sum of money equal to the total value of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense of unlawful **Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine and 280 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846, for which the defendants are jointly and severally liable.

By virtue of the commission of the felony offense charged in Count One of this Indictment, any and all interest that any or all of the said defendants have in (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the conspiracy violation charged

in Count One of this Indictment; and (2) any of the said defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the conspiracy violation charged in Count One, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

    3.    If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the said defendants:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants up to the value of the property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.